IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 15-cv-00562-RM-KMT

ACCUSYSTEMS, LLC,

    Plaintiff,

v.

BCB BANCORP, INC.

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice filed September 15, 2015 (ECF No. 31). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. Plaintiff's motion to remand (ECF No. 13) is DENIED as MOOT. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

DATED this 16th day of September, 2015.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge